**No. 46235.**—Protests 38180–K, etc., of F. Frisch, Inc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in ques tion was held not subject to countervailing duty.

**No. 46236.**—Protests 43795–K, etc., of York St. Flax Spinning Co., Inc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 46237.**—Protests 35256–K, etc., of Heiss Brush & Co., Inc., et al. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 46238.**—Protests 836788–G, etc., of R. Alexander et al. (Los Angeles, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46239.**—Protests 922637–G/87422, etc., of Cargill Grain Co. of Illinois et al. (Chicago).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 30, 1941

**No. 46240.**—⬛—Protest 985900–G of Hoyt, Shepston & Sciaroni.   C. D. 516.   Motion of Government for rehearing denied.

AUGUST 4, 1941

**No. 46241.**—Suit 4331.—⬛—*United States* v. *Iwai & Co., Ltd.*   Abstract 44027 affirmed.   C. A. D. 171.